# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**DENNIS WILSON**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-00116

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about November 1, 2017, in Marion County, in the Southern District of Indiana defendants did,

Counts 1 – 5   Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor,
Count 6        Child Pornography Trafficking

in violation of Title 18, United States Code, Sections 2251(a) and 2252.  I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____
Darin Odier, Task Force Officer

**Sworn to before me, and subscribed in my presence**

February 2, 2018                             at   Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**          **Signature of Judicial Officer**

## AFFIDAVIT

I, Darin Odier, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department. I am also a cross designated Federal Task Force officer assigned to the FBI the Indianapolis Violent Crimes Against Children Task Force.

2. **Experience**: I have over 28 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended and presented at the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well

information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the listed offenses.

5. **Probable Cause:** For the reasons listed below, there is probable cause to believe that on, about or between July 2014-November 2017 **Dennis Wilson** (Wilson), DOB 03-29-19xx (Known to affiant, but redacted) has committed the following offenses in the Southern District of Indiana:

6. **Counts 1-5: Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Child (18 U.S.C. § 2251(a)):** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials

2

that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

7.  **Child Pornography Trafficking (18 U.S.C. § 2252):** This investigation also concerns alleged violations of 18 U.S.C. § 2252, which prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

8.  **Definitions**: The following definitions apply to this Affidavit:

9.  "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256.

10. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

11. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

12. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

13. On November, 14, 2017 at 2235 hours, an IMPD uniformed officer received a dispatched run to a residence in the 2900 block of N. Lasalle St. Indianapolis, IN (Specific address known to this affiant, but redacted) on a voyeurism investigation. When the officer arrived, he encountered Witness 1, (Identity known to this affiant, but redacted) who was standing in front of the residence. Witness 1 stated that she had made a prior police report on a black male looking into her child's windows and now had a suspect. Witness 1 handed the officer a Samsung Tablet (serial # RF2DA243YTA). Witness 1 said that she had a party inside her residence and found the tablet inside her residence after the party. She further stated that the owner of the tablet, who was the DJ at the party, lives at 2959 N. Lasalle St. and his first name is Dennis. The address 2959 N. Lasalle St is in the immediate proximity of Witness 1's residence. Witness 1 stated she observed several videos of young

4

children between the ages of 5 and 15 on the tablet. She described one video that showed a child, approximately 5 years of age, nude and sitting on a toilet. Witness 1 believed the videos were taken from windows looking inside. Witness 1 did not know the children. Witness 1 believed that suspect had been around her residence several times. The tablet was transported to IMPD property room as evidence.

14. Prior police reports for 2959 N. Lasalle St Indianapolis, Indiana 46218 show that Dennis Wilson, DOB 03/29/19** (known to this affiant, but redacted) resides at that address.

15. On November 11, 2017, this affiant applied for and was granted a search warrant out of Marion County Superior Court to search the Samsung tablet.

16. The Samsung tablet was forensically examined and it yielded the following results:

   1) The examination found multiple videos of females in a bathroom.
   2) This affiant believes that several (6 or 7) of the females are under the age of 18.
   3) In some of these videos, the vaginal area of the females is visible.
   4) The videos appear to be covertly recorded by someone holding a recording device behind a wall or other area of concealment, unbeknownst to the females being recorded.
   5) These videos were located on the device itself, as well as a removable SD card within the device.

5

6) Attribution evidence on the device connects it to Dennis Wilson, including family pictures and videos, and a birthday party for Dennis Wilson, as well as video of Wilson performing as a DJ. This affiant recognized a person in some images on the device to be the same Dennis Wilson associated with 2959 N. Lasalle St. Indianapolis, Indiana.

7) In video 20140329_191647, Dennis Wilson is visible sitting in front of a birthday cake as others sing Happy Birthday to him. This affiant knows Wilson's birthday is on March 29. This is consistent with the naming convention of the video.

8) In Video 20140413_105721, a female who this affiant believes to be a minor, is standing in a bathroom wearing a bra. Her genital or pubic area is visible. At the 1:54 minute mark of the video, a male voice in close proximity to the recording device is heard saying "Mama." The device appears to be set down and the male's voice can be heard in the background. This affiant is familiar with Dennis Wilson's voice and believes it to be his voice on the video.

9) In Video 20140901_133948, a minor female later identified by this affiant (Minor Victim 2) is seen undressing and washing in the bathroom while talking to another child who is in the shower. The vaginal area of Minor Victim 1 is exposed. The camera follows her as she moves around the bathroom.

10) In Video 20150612_110928, a minor female later identified by this affiant (Minor Victim 3) is seen in a bathroom, naked, with her vaginal area exposed. Another unidentified minor (Minor Victim 4) gets out of the shower and Minor Victim 3 steps into the shower. The camera follows Minor Victim 4 around the bathroom. Her vaginal area is exposed.

11) Based on the naming convention of all the videos that depict minors with their genitalia exposed, it is likely that the videos were produced in 2014 and 2015.

12) There are multiple additional videos showing still unidentified females that this affiant believes are minors, in the bathroom with their vaginal areas exposed.

13) The forensic examiner believes the videos were likely not recorded or produced using the Samsung tablet, but likely downloaded or synched from another device.

14) The forensic examiner also found multiple internet search terms on the Samsung tablet that were indicative of someone sexually attracted to children such as "Childporn," "Dad fucks sleeping daughter" and "Very Very Young Black A Porn Videos.,".

15) The forensic examination showed the email address Denniswilson162@gmail.com linked to the device.

17. On November 30, 2017, this affiant executed a search warrant at the residence of Dennis Wilson, 2959 N Lasalle St, Indianapolis, Indiana. The

7

search warrant was issued out of Marion County Superior Court on November 27, 2017.

18. Upon entering the residence, this affiant observed Dennis Wilson holding a cell phone. In a non-custodial recorded interview, this affiant read Wilson his Miranda rights, which Wilson acknowledged understanding.

19. Wilson provided the passcode for the cell phone, a black ZTE. Per the search warrant, the cell phone, a ZTE model Z981 was seized and forensically examined.

20. The ZTE cell phone examination yielded the following results:

1) A large amount of attribution evidence on the cell phone connected the device to Dennis Wilson.

2) The email accounts Denniswilson1049@gmail.com and wilsondennis932@gmail.com were linked to the cell phone.

3) The forensic examination revealed multiple voyeur-type images and videos on the cell phone. The images and videos appear to have been recorded outside of a residence while looking between window blinds into a bathroom. These images and videos show unidentified females in a bathroom in various stages of undress, including full nudity.

4) The images were recovered in the Google photos cache and trash, and they are no longer physically on the device. EXIF data shows that at least one of these images appeared to have been taken with

a ZTE Z981 cell phone on November 7, 2017 around 06:30 eastern time.

21. This affiant knows that on November 7, 2017, around 0700 Eastern Time, Witness 1 contacted IMPD and made a police report regarding someone looking in her minor children's bedroom. A witness described the person as a black male wearing a sweatshirt.

22. Also recovered on the cell phone were web page visits. Between September 1, 2017 and November 30, 2017, there were over 16,000 webpage visits, and the vast majority of these were related to pornography. Over 2100 of the webpage visits contained the words "young", "tiny", or "little."

23. On December 5, 2017, this affiant met with Witnesses 1 and 2. I showed Witness 1 still images and screen shots made from the videos forensically recovered from Wilson's ZTE cell phone. Witness 1 identified her bathroom, a blanket, a cat and a rug. This affiant photographed all these areas and items. Witness 1 also identified her minor child (Minor Victim 1) in the images. In at least 1 of these images, the vaginal or pubic area of Minor Victim 1 is visible. Minor Victim 1 is 12 years old.

24. The EXIF data on these images shows they were produced in October 2017 and November, 2017. Witness 2 told this affiant that several weeks ago, Witness 2 was walking down the alley behind his house late at night. Witness 2 saw a person on the south side of his residence where the minor children's bedroom window is located. As he approached, Witness 2 recognized the male as Dennis Wilson, and he saw Wilson carrying a plastic

bucket. Witness 2 further stated that there is a similar plastic bucket sitting under his bathroom window with a footprint on it. This affiant located the plastic bucket under the bathroom and clearly saw an outline of a shoe on the lid of the bucket. This affiant photographed and recovered the bucket.

25. This affiant reviewed the videos and images from the cell phone and compared them to the window and bathroom at the residence of Minor Victim 1. This affiant believes the bathroom and surroundings in the images and videos to be Minor Victim 1's residence.

26. Witness 1 and Minor Victim 1 live in the immediate vicinity of the residence of Dennis Wilson, 2959 N Lasalle St, Indianapolis Indiana.

27. On December 6, 2017 this affiant met with Florine Wilson, the mother of Dennis Wilson, to attempt to identify the children in the videos recovered on the Samsung tablet. This affiant played Mrs. Wilson the video described above (…105721) and asked her if she recognized the male voice. She stated, "That sounds like my son's voice". When I asked her which son, she replied, "Dennis."

28. The ZTE cell phone and the Samsung tablet, which were used to produce, download, and store the images of child pornography, were all manufactured outside of the state of Indiana and travelled via interstate or foreign commerce.

29. On January 28, 2018, this affiant interviewed Witness 3 and showed her screen shots of minors from videos recovered on Wilson's tablet.

Witness 3 identified two of the minors as relatives of hers (Minor Victims 2 & 3).

30. Based on the naming convention of the videos, Minor Victims 2 and 3 were 11 years old and 15 years old when the videos were recorded.

31. Witness 3 also identified another minor who is related to Witness 3 in an image recovered on Wilson's Samsung tablet. In the image, the minor is sitting on a couch. Witness 3 stated that she recognized the couch from the former residence of Dennis Wilson. Witness 3 knew Wilson from a church they used to attend and Witness 3 has been in Wilson's former residence on multiple occasions. Witness 3 stated that her minor relatives stayed overnight at Wilson's residence on multiple occasions and that Wilson was the only male residing there.

32. Witness 3 stated that Wilson's former residence was in the area of E. 46th St. and N. Keystone Avenue in Indianapolis, Indiana and she would provide me with the exact address. Later on January 28, 2018, Witness 3 contacted me and said that the exact address of Wilson's former residence is 1618 E 46th St, Indianapolis, IN.

33. Witness 3 described the bathroom in Wilson's former residence. She stated that it could be accessed by two doors and the doors were opposite from each other. This is consistent with the bathroom in the videos referenced above.

34. On January 30, 2018, I again met with Witness 3. I showed her 10 videos recovered from Wilson's tablet. She identified Minor Victim 2 in four

videos, Minor Victim 3 in one video, and Minor Victim 4 in two videos. All are relatives of Witness 3.

35. The dates on the videos indicate that they were produced between March of 2014 and June of 2015. Based on these dates, Minor Victims 2, 3 and 4 were all less than 18 years of age, between 11 and 14 years old, when the videos were produced.

36. This affiant also met with Minor Victims 2, 3 and 4. Each of these Minor Victims identified a photo of 1618 E. 46th St as the prior residence of Dennis Wilson. Each stated that they were at the residence overnight on multiple occasions over several years.

1) They identified themselves from screenshots of their faces in Wilson's bathroom from the videos recovered on Wilson's tablet.
2) They also looked at screenshots of Minor Victim 5. They identified her by her first name and confirmed her former residence from a photo.
3) These Minor Victims believe Minor victim 5 is currently 15 years old.

37. **Minor Victims from Samsung Tablet and Micro SD Card**:

1) **Minor Victim 2** is a person who at all relevant times to this investigation was less than 18 years of age. She is shown in various stages of nudity in a bathroom in Wilson's former

residence on 46th Street. The following videos show her uncovered genital/pubic area:

1) 20140730_121307.mp4,

2) 20140901_133948.mp4,

3) 20140901_134338.mp4, and

4) 20150612_110928.mp4

2) **Minor Victim 3** is a person who at all relevant times to this investigation was less than 18 years of age. She is shown in various stages of nudity in a bathroom in Wilson's former residence on 46th Street. The following video shows her uncovered genital/pubic area:

1) 20150612_110928.mp4.

3) **Minor Victim 4** is a person who at all relevant times to this investigation was less than 18 years of age. She is shown in various stages of nudity in a bathroom in Wilson's former residence on 46th Street. The following videos show her uncovered genital/pubic area:

a. 20150214_123119.mp4 and

b. 20150612_110928.mp4

4) **Minor Victim 5** is a person who at all relevant times to this investigation was less than 18 years of age. She is shown in

13

various stages of nudity in a bathroom in Wilson's former residence on 46th Street. The following videos show her uncovered genital/pubic area:

    a.    20140831_004233.mp4,

    b.    20140731_154255.mp4,

    c.    20140730_122155.DELETED.mp4 and

    d.    20140712_110448.DELETED.mp4.

## CONCLUSION

38.    Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **Dennis Wilson** has committed the above listed offenses.

_____
Darin Odier
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 2nd day of February, 2018.

_____
Mark J. Dinmore
United States Magistrate Judge
Southern District of Indiana