UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DENNIS WILSON, | ) ) 1:18-cr-0068 TWP-MJD |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

### General Allegations

At times relevant to these charges:

1. DENNIS WILSON, the defendant herein, was a resident of the Southern District of Indiana.

2. The names MINOR VICTIMS 1, 2, 3, 4, and 5 are pseudonyms of minor children who were each less than 16 years old at the time of the relevant conduct.

1

| Pseudonym | Age | Images Involved | Devices Involved |
|---|---|---|---|
| MV1 | 12 | 2d483557c2bd72aca1c4c55e9ce48017fd61b81b36c8d47c1d3224edebd835cd.jpg | ZTE Cell Phone |
| MV2 | 11 | 20140730_121307.mp4 | Samsung Tablet and Micro SD |
|  | 11 | 20140901_133948.mp4 |  |
|  | 11 | 20140901_134338.mp4 |  |
|  | 12 | 20150612_110928.mp4 |  |
| MV3 | 15 | 20150612_110928.mp4 | Samsung Tablet and Micro SD |
| MV4 | 13 | 20150214_123119.mp4 | Samsung Tablet and Micro SD |
|  |  | 20150612_110928.mp4 |  |
| MV5 | 11-12 | 20140831_004233.mp4 | Samsung Tablet and Micro SD |
|  |  | 20140731_154255.mp4 |  |
|  |  | 20140730_122155.DELETED.mp4 |  |
|  |  | 20140712_110448.DELETED.mp4 |  |

3. DENNIS WILSON produced visual depictions of each Minor Victim using a digital device which was not manufactured in the State of Indiana and therefore travelled in interstate or foreign commerce.

4. DENNIS WILSON is a convicted sex offender, having been convicted of the offense of Sexual Misconduct with a Minor, a Class B felony in Indiana, on or about March 27, 1998. By definition, this offense would involve a victim who was 14 or 15 years of age and the defendant was at least 21 years of age at the time of the conduct.

## Definitions

5. The term "minor" means a person under the age of eighteen (18) years as defined in 18 U.S.C. § 2256.

6. The term "sexually explicit conduct" as defined in 18 U.S.C. § 2256, means actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; 2) masturbation; or 3) lascivious exhibition of the genitals or pubic area of any person.

7. The term "visual depiction" is defined in 18 U.S.C. § 2256(5) as including undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## Count 1
## Sexual Exploitation of a Child
## 18 U.S.C. § 2251(a) and (e)

8. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated by reference in Count 1.

9. On or between September 1, 2017 and January 30, 2018, within the Southern District of Indiana and elsewhere, the defendant, DENNIS WILSON, did use, employ, entice, persuade, induce, and coerce or did attempt to use, employ, entice, persuade, induce or coerce any child who was less than 18 years of age, that is MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such, knowing or having reason to know that such visual depiction would be transported or shipped in interstate or foreign commerce or mailed, or such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or shipped in interstate or foreign commerce or mailed, and DENNIS WILSON, at the time of all conduct in question, had a prior conviction under the laws of Indiana relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, specifically, DENNIS WILSON was convicted of the offense of Sexual Misconduct with a Minor on or about March 27, 1998 in Marion County, Indiana;

All of which is a violation of 18 U.S.C. § 2251(a) and (e).

## Count 2
## Possession of a Device Containing
## Visual Depictions of Minors Engaged in Sexually Explicit Conduct
## 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

10.  Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated by reference in Count 2.

11.  On or between November 1, 2017 and November 30, 2017, in the Southern District of Indiana, the defendant, DENNIS WILSON, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: the defendant knowingly possessed at least one device that contained one or more visual depictions of minors under the age of 18 years, including MINOR VICTIM 1, MINOR VICTIM 2, MINOR VICTIM 3, MINOR VICTIM 4, and MINOR VICTIM 5, that is a ZTE cell phone, a Samsung Tablet and a micro SD card, and DENNIS WILSON, at the time of all conduct in question, had a prior conviction under the laws of Indiana relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or

ward, specifically, DENNIS WILSON was convicted of the offense of Sexual Misconduct with a Minor on or about March 27, 1998 in Marion County, Indiana;

All of which is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL:

███████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Kristina Marie Korobov
Assistant United State Attorney

6